IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

KEITH TORRES-MARRERO
 a/k/a "KEITH ELLIOTT TORRES"
 a/k/a "KEITH E. TORRES"
_____/

INDICTMENT

1:14cr28-MW

THE GRAND JURY CHARGES:

COUNT ONE

On or about August 6, 2014, in the Northern District of Florida, the defendant,

**KEITH TORRES-MARRERO,**
a/k/a "KEITH ELLIOTT TORRES,"
a/k/a "KEITH E. TORRES,"

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, that is:

1. a. On or about September 20, 1994, **KEITH TORRES-MARRERO** was convicted in the State of Florida of Burglary of a Conveyance and Possession of Burglary Tools;

   b. On or about September 20, 1994, **KEITH TORRES-MARRERO** was convicted in the State of Florida of False Statement Obtaining a DL/ID Card (two counts);

  c. On or about April 28, 1995, **KEITH TORRES-MARRERO** was convicted in the State of Florida of Armed Burglary of a Dwelling, Grand Theft Second Degree, and Grand Theft Firearm (thirty-one counts); and

  d. On or about May 4, 1995, **KEITH TORRES-MARRERO** was convicted in the State of Florida of Grand Theft; and

  e. On or about March 2, 2010, **KEITH TORRES-MARRERO** was convicted in the State of Florida of Possession of Cocaine.

2. For each of these crimes, **KEITH TORRES-MARRERO** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **KEITH TORRES-MARRERO** did knowingly possess firearms, namely, a Hi-Point .40 caliber pistol, a Hi-Point .45 caliber pistol, a Bushmaster AR-15 .223 caliber rifle, and a Maverick shotgun.

4. The firearms had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**KEITH TORRES-MARRERO**
a/k/a "KEITH ELLIOTT TORRES,"
a/k/a "KEITH E. TORRES,"

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that the defendant has in the firearms involved in this violation is vested in the

United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

/s/ Pamela C. Marsh
PAMELA C. MARSH
United States Attorney

/s/ Christopher P. Canova for
HERBERT LINDSEY
Assistant United States Attorney

3